

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. S., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jared.l.grimmer@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00326 |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO UNSEAL CRIMINAL INDICTMENT AND PROCEEDINGS |
| JUSTIN DAVIS, LETICIA LOPEZ, EDEN DURAN, DARNELL THOMPSON, and DEWAYNE COOK, | |
| Defendants. | |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, respectfully moves this Court to unseal the Criminal Indictment, as well as the entire case and proceedings in the instant matter. The indictment was sealed because none of the defendants had not been apprehended at the time of indictment. However, as Eden Duran will make her initial appearance in a separate district on the warrant from this indictment, the Government requests that the case be unsealed.

DATED this 12th day of January, 2017.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

JARED L. GRIMMER
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00326 |
| Plaintiff, | |
| vs. | ORDER TO UNSEAL CRIMINAL INDICTMENT AND PROCEEDINGS |
| JUSTIN DAVIS, LETICIA LOPEZ, EDEN DURAN, DARNELL THOMPSON, and DEWAYNE COOK, | |
| Defendants. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this  12  day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

2