<mark>FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
MAY 0 2 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY</mark>

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-326-LRH-(CWH) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| JUSTIN DAVIS, | |
| Defendant. | |

This Court finds that defendant Justin Davis pled guilty to Counts One and Eighteen of a Thirty-Four-Count Criminal Indictment charging him in Count One with Bank Fraud in violation of Title 18, United States Code, Section 1344. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Justin Davis agreed to the imposition of the in personam criminal forfeiture money judgment of $4,280 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1344, or a conspiracy to commit such offense and (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of Title 18, United States Code, Section 1344, affecting a financial institution, or a conspiracy to violate such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section

981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

This Court finds that Justin Davis shall pay an in personam criminal forfeiture money judgment of $4,280 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, ___ U.S. ___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Justin Davis an in personam criminal forfeiture money judgment of $4,280.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 2nd day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE